# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| GILMAR ALEXANDER GUEVARA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | MISC. NO. H-06-441 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| Director, Texas Department of Criminal | § | |
| Justice, Correctional Institutions Division | § | |
| | § | |
| Respondent. | § | |

## ORDER OF DISMISSAL

This court sent a letter to petitioner Gilmar Alexander Guevara on November 20, 2006. The letter told Guevara that he must advise the court within 30 days of the status of his pending state court appeals or his case would be dismissed without prejudice. No response has been received. This case is dismissed without prejudice to refiling when Guevara's state court proceedings are concluded.

SIGNED on February 5, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge